# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ProAir Holdco, LLC<br><br>        Debtor.[1] | Chapter 11<br><br>Case No. 22-11194 (LSS) |
| In re<br><br>ProAir Intermediate Holdco, LLC<br><br>        Debtor. | Chapter 11<br><br>Case No. 22-11195 (LSS) |
| In re<br><br>ProAir, LLC<br><br>        Debtor. | Chapter 11<br><br>Case No. 22-11196 (LSS) |
| In re<br><br>American Cooling Technology, LLC<br><br>        Debtor. | Chapter 11<br><br>Case No. 22-11197 (LSS) |

---

[1] The Debtors in the above captioned Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: ProAir Holdco, LLC (1960), ProAir Intermediate Holdco, LLC (3331), ProAir, LLC (8392), American Cooling Technology, LLC (7742), Bus Air, LLC (8627) and Evans Tempcon Delaware, LLC (8229). The Debtors' principal place of business is 2900 County Road 6 West, Elkhart, IN 46514.

| In re | Chapter 11 |
|---|---|
| Bus Air, LLC | Case No. 22-11198 (LSS) |
| Debtor. | |
| In re | Chapter 11 |
| Evans Tempcon Delaware, LLC | Case No. 22-11198 (LSS) |
| Debtor. | |

## **VERIFICATION OF CREDITOR MATRIX**

I, chief financial officer of the above captioned debtors (collectively, the "Debtors"), hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Dated: November 17, 2022                              ProAir, LLC

/s/ Todd Courts
Todd Courts
Chief Financial Officer

Berkshire Bank
One Van de Graaf Drive
Suite 202
Burlington, MA 01803-5176
Attn: C. Less Willingham, Senior Vice President

Crystal Financial SBIC LP
Two International Place, 17th Floor
Boston, MA 02110-4142
Attn: Michael Pizette

Crystal Financial LLC
Two International Place, 17
Boston, MA 02210-4142
Attn: Michael Pizette

Portman Ridge Finance Corporation
c/o BC Partners, Inc.
650 Madison Avenue, 23rd
New York, NY 10022-1029

William S. Karol
c/o KODA Enterprises Group
51 Sawyer Road, Suite 420
Two University Office Park
Waltham, MA 02453-3448
Attn: William S. Karol

William S. Karol Family Trust
c/o KODA Enterprises Group
51 Sawyer Road, Suite 420
Waltham, MA 02453-3448
Attn: William S. Karol