# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 7 |
|---|---|
| ProAir Holdco, LLC, et al.,[1] | Case No. 22-11194 -LSS |
| Debtor. | (Jointly Administered) |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Mark E. Felger, hereby certify that on January 6, 2023 I caused a copy of the *Chapter 7 Trustee's Motion for Entry of an Order: (A) Approving Asset Purchase Agreement; (B) Authorizing Sale of Estate Assets Free and Clear of Liens, Claims, and Encumbrances Pursuant to 11 U.S.C. § 363(b) and (f); and (C) Granting Related Relief* [Docket No. 28] to be served upon the parties on the attached service list via First Class Mail.

Dated: January 6, 2023

COZEN O'CONNOR

*/s/ Mark E. Felger*
Mark E. Felger (DE 3919)
1201 N. Market Street, Suite 1001
Wilmington, DE 19801
T: (302) 295-2000
mfelger@cozen.com

*Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee*

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses**)**: ProAir Holdco, LLC (22-11194-LSS), ProAir Intermediate Holdco, LLC (22-11195-LSS), ProAir LLC (22-11196-LSS), American Cooling Technology, LLC (22-11197-LSS), Bus Air, LLC (22-11198-LSS), Evans Tempcon Delaware, LLC (22-11199-LSS).

## State and Local Taxing Authorities

| Agency Name | Address | City | State | Zip |
|---|---|---|---|---|
| West Virginia State Tax Department, Legal Division – Bankruptcy Unit | P.O. Box 766 | Charleston | West Virginia | 25323-0766 |
| Wise County Tax Assessor/Collector | 404 W. Walnut | Decatur | Texas | 76234 |
| Texas Comptroller of Public Accounts | P.O. Box 13528, Capitol Station | Austin | Texas | 78711-3528 |
| Tennessee Department of Revenue c/o Tennessee Attorney General's Office, Bankruptcy Division | P.O. Box 20207 | Nashville | Tennessee | 37202-0207 |
| Pennsylvania Bureau of Labor Law Compliance, Department of Labor and Industry | 301 Fifth Avenue, Suite 330 | Pittsburgh | Pennsylvania | 15222 |
| Pennsylvania Department of Revenue | P.O. Box 280946 | Harrisburg | Pennsylvania | 17128-0946 |
| Oklahoma Tax Commission, Office of the General Counsel, Bankruptcy Section | 120 N. Robinson, Suite 2000W | Oklahoma City | Oklahoma | 73102 |
| Ohio Department of Taxation, Attn: Bankruptcy Division | P.O. Box 530 | Columbus | Ohio | 43216-0530 |
| Ohio Department of Job and Family Services, Legal Support – Bankruptcy | P.O. Box 182830 | Columbus | Ohio | 43218-2830 |
| North Carolina Department of Revenue | PO Box 25000 | Raleigh | North Carolina | 27640-0640 |
| Nebraska Department of Revenue | PO Box 94818 | Lincoln | Nebraska | 68509-4818 |
| Minnesota Department of Revenue, Collection Division | P.O. Box 64564 | St. Paul | Minnesota | 55164-0564 |
| Minnesota Department of Revenue | Mail Station 5130 | St. Paul | Minnesota | 55146-5130 |
| Michigan Department of Treasury, Tax Policy Division | 430 West Allegan Street, 2nd Floor, Austin Building | Lansing | Michigan | 48922 |
| Massachusetts Department of Revenue, Collections Bureau/Bankruptcy Unit | P.O. Box 7090 | Boston | Massachusetts | 02204-7090 |

| Kentucky Department of Revenue | 501 High Street | Frankfort | Kentucky | 40601 |
| --- | --- | --- | --- | --- |
| Kansas Department of Revenue | 915 Southwest Harrison Street #300 | Topeka | Kansas | 66612 |
| Indiana Department of Revenue, Bankruptcy Section | 100 North Senate Avenue, MS108 | Indianapolis | Indiana | 46204 |
| Georgia Department of Labor | 148 Andrew Young International Blvd. NE, Suite 826 | Atlanta | Georgia | 30303-1751 |
| Georgia Department of Revenue | 1800 Century Blvd. NE, Suite 9100 | Atlanta | Georgia | 30345 |
| Florida Department of Revenue | 5050 West Tennessee Street | Tallahassee | Florida | 32399 |
| California Franchise Tax Board, Bankruptcy Section | MS:A-340, P.O. Box 2952 | Sacramento | California | 95812-2952 |
| California Department of Tax and Fee Administration | Account Information Group, MIC: 29, P.O. Box 942879 | Sacramento | California | 94279-0029 |
| Arkansas Department of Finance and Administration, Withholding Tax Department, Attn: Chief Executive Officer | 1816 W. 7th Street, Room 1380 | Little Rock | Arkansas | 72201 |
| Arkansas Department of Finance and Administration, Sales and Use Tax | P.O. Box 1272 | Little Rock | Arkansas | 72203 |
| Arkansas Department of Economic Development | P.O. Box 255 | Little Rock | Arkansas | 72203 |
| Arkansas Department of Finance and Administration | Ledbetter Building 1816 W 7th St, Rm 2380 | Little Rock | Arkansas | 77201 |
| Arizona Department of Revenue | 1600 West Monroe Street | Phoenix | Arizona | 85007 |
| Alabama Department of Revenue | 50 North Ripley Street | Montgomery | Alabama | 36130 |