| EXHIBIT "A" | | |
|---|---|---|
| IN RE: ProAir Holdco, LLC, *et al.*[1] | | |
| CASE NO. CASE NO. 22-11194 -LSS | | |
| SUBJECT: OMNIBUS PREFERENCE SETTLEMENTS | | |

| SETTLING PARTY | TRANSFER AMOUNT | SETTLEMENT AMOUNT |
|---|---|---|
| **INDAK Manufacturing CO** | $41,084.64 | $36,976.18 |
| **Mortex Products, Inc** | $65,183.92 | $65,126.11 |
| **OSLO SWITCH INC./CW Industries** | $8,488.70 | $4,000.00 |
| **Say Plastic** | $17,451.00 | $15,705.90 |
| **SPX Flow US, LLC** | $30,000.00 | $22,608.00 |

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses**):** ProAir Holdco, LLC (22-11194-LSS), ProAir Intermediate Holdco, LLC (22-11195-LSS), ProAir LLC (22-11196-LSS), American Cooling Technology, LLC (22-11197-LSS), Bus Air, LLC (22-11198-LSS), Evans Tempcon Delaware, LLC (22-11199-LSS).