IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ProAir Holdco, LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 22-11194 -LSS<br><br>(Jointly Administered) |
| JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATES OF PROAIR HOLDCO, LLC., *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>KIB ELECTRONICS n/k/a AMERICAN TECHNOLOGY COMPONENTS, INC.,<br><br>REFRIGERATION SALES, INC.,<br><br>EATON AEROQUIP CORPOATION LLC n/k/a DANFOSS POWER SOLUTIONS II LLC,<br><br>CONTITECH USA INC.,<br><br>VALEO COMPRESSOR NORTH AMERICA INC.,<br><br>C&G WIRING INC.,<br><br>TECHNI US, LLC,<br><br>    Defendants. | <br><br><br><br><br><br><br>Adv. Pro. No. 24-50163-LSS<br><br>Adv. Pro. No. 24-50166-LSS<br><br>Adv. Pro. No. 24-50171-LSS<br><br>Adv. Pro. No. 24-50174-LSS<br><br>Adv. Pro. No. 24-50176-LSS<br><br>Adv. Pro. No. 24-50225-LSS<br><br>Adv. Pro. No. 24-50229-LSS |

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses**):** ProAir Holdco, LLC (22-11194-LSS), ProAir Intermediate Holdco, LLC (22-11195-LSS), ProAir LLC (22-11196-LSS), American Cooling Technology, LLC (22-11197-LSS), Bus Air, LLC (22-11198-LSS), Evans Tempcon Delaware, LLC (22-11199-LSS).

# ORDER GRANTING TRUSTEE'S SECOND OMNIBUS MOTION FOR AN ORDER APPROVING SETTLEMENTS OF CERTAIN AVOIDANCE CLAIMS PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the Trustee's Second Omnibus Motion for an Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlements of Certain Avoidance Claims between Jeoffrey L. Burtch, the Chapter 7 Trustee (the "Trustee") for the estates of the above-captioned debtors (the "Estates" of the "Debtors"), on the one hand, and certain Settling Parties on the other hand (the "Motion")[2] the Bankruptcy Court being satisfied that the Settlements are fair and equitable settlements which meet or exceed the required range of reasonableness; the relief requested in the Motion appearing to be in the best interests of the Estates and the Debtors' creditors; sufficient notice of the Motion and opportunity for a hearing having been given; and upon due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. Notice of the Motion given to the Service Parties, as provided in the Motion, is adequate and sufficient, and no further notice shall be required.

3. The Settlements identified on **Exhibit A** to the Motion are APPROVED.

4. The Trustee is authorized to take any and all actions as may be necessary or appropriate to implement the terms and provisions of the Settlements with the Settling Parties, including but not limited to execution of settlement agreements with the Settling Parties.

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation and/or enforcement of the Settlements and/or this Order.

---

[2] Capitalized terms shall have the same meaning ascribed in the Motion unless otherwise defined herein.

| | EXHIBIT A | |
|---|---|---|
| **IN RE:** | **ProAir Holdco, LLC,** *et al.*[1] | |
| **CASE NO.** | **22-11194 (LSS)** | |
| **SUBJECT:** | **Omnibus Preference Settlements** | |

| SETTLING PARTY | TRANSFER AMOUNT/ DEMAND AMOUNT | SETTLEMENT AMOUNT |
|---|---|---|
| AB Custom Fabricating LLC | $51,047.28 | $15,384.86 |
| All Star Corrugated | $28,053.74 | $13,500.00 |
| ContiTech USA Inc. | $40,000.00 | $25,000.00 |
| Eaton Aeroquip Corporation LLC nka Danfoss Power Solutions II LLC | $69,492.94 | $40,000.00 |
| RSM US, LLP | $33,049.00 | $20,000.00 |
| Samuel Son & Co. USA, Inc. | $50,000.00 | $25,000.00 |
| Techam Solutions LLC | $72,588.04 | $20,000.00 |
| C&G Wiring Inc. | $56,278.10 | $21,000.00 |
| KIB Electronics nka American Technology Components, Inc. | $33,763.15 | $10,000.00 |
| Refrigeration Sales, Inc. | $35,359.00 | $5,885.00 |
| Valeo Compressor North America Inc. | $147,495.10 | $45,000.00 |
| Techni US, LLC | $52,878.58 | $20,000.00 |

---

[1] The Debtors in these cases are the following entities (the respective case numbers for each estate follows in parentheses**):** ProAir Holdco, LLC (22-11194-LSS), ProAir Intermediate Holdco, LLC (22-11195-LSS), ProAir LLC (22-11196-LSS), American Cooling Technology, LLC (22-11197-LSS), Bus Air, LLC (22-11198-LSS), Evans Tempcon Delaware, LLC (22-11199-LSS).